No. 437. WOODS, HOUSING EXPEDITER, *v.* HILLS. Order entered amending opinion. Rehearing denied.
Opinion reported as amended, *ante,* p. 210.

No. 555, Misc. BOYLES *v.* HUDSPETH, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.